CITY BANK FARMERS TRUST COMPANY, EXECUTOR, ETC., APPELLANT, v. JOHN McCUTCHEON, COMPTROLLER OF NEW JERSEY, ET AL., RESPONDENTS.

Argued February 5, 1931—Decided April 24, 1931.

For the appellant, *Russell L. Bradford* (of the New York bar), *Walter E. Cooper* (on the brief).

For the respondents, *William A. Stevens,* attorney-general.

PER CURIAM.

The judgment under review should be affirmed, for the reasons given in the *per curiam* opinion of the Supreme Court, so far as it treats of the matters argued on this appeal. The point relating to the method of valuation, which is discussed by the Supreme Court, is not argued here and we have not considered it.

*For affirmance*—TRENCHARD, PARKER, LLOYD, CASE, DALY, DONGES, VAN BUSKIRK, DEAR, JJ. 8.

*For reversal*—BODINE, KAYS, JJ. 2.